Joel M. Miller
Charles R. Jacob III
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LYDIAN PRIVATE BANK,
d/b/a VIRTUALBANK,

                Plaintiff,

-against-

ZURICH AMERICAN
INRUANCE COMPANY,

                Defendant.

Case No.

ECF Case

**RULE 7.1 STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lydian Private Bank, d/b/a VirtualBank ("VirtualBank"), a nongovernmental corporate party, certifies that VirtualBank is a wholly-owned subsidiary of Lydian Trust Company.

Dated: May 1, 2008

                MILLER & WRUBEL P.C.

                By: _____
                Joel M. Miller
                Charles R. Jacob III
                250 Park Avenue
                New York, New York 10177
                (212) 336-3500
                *Attorneys for Plaintiff*
                *Lydian Private Bank,*
                  *d/b/a VirtualBank*