Charles R. Jacob III (CJ-4143)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIAN PRIVATE BANK,
d/b/a VIRTUALBANK,

          Plaintiff,

-against-

ZURICH AMERICAN
INSURANCE COMPANY,

          Defendant.

08 CIV 4200 (LTS)

**NOTICE OF DISMISSAL**

       Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above action is hereby dismissed without prejudice.

Dated: May 22, 2008

          MILLER & WRUBEL P.C.

          By: _____
          Charles R. Jacob III (CJ-4143)
          250 Park Avenue
          New York, New York 10177
          (212) 336-3500

          Attorneys for Plaintiff

SO ORDERED

_____ 5/23/08
U.S.D.J.